under of the appellant reinstated, upon the authority of Laird v. Carton, 196 N. Y. 169, 89 N. E. 822, 25 L. R. A. (N. S.) 189, and Brearley School, Limited, v. Ward (decided by the Court of Appeals March 28, 1911) 94 N. E. 1001. See, also, 129 N. Y. Supp. 249.

DEMUTH v. KEMP et al. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Jeannette Demuth against George Kemp and others. (Appeal No. 2.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 249.

DESMOND v. BYRNE. (Supreme Court, Appellate Term. May 4, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by William D. Desmond against Patrick J. Byrne. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. Goodspeed & Maroney (Edward J. Maroney, of counsel), for appellant. William E. Murphy (Joseph E. Cavanaugh, of counsel), for respondent.

SEABURY, J. Notwithstanding that the defendant admitted that he signed a written contract with the plaintiff's assignor, under which the plaintiff's assignor was required to deliver to the defendant 15 books, for which the defendant agreed to pay $59.50, and that the books were delivered, the court below granted judgment for the defendant, dismissing the complaint. The defendant's claim that he delivered the books to an express company to return them to the plaintiff's assignor and the production of an alleged receipt from the express company seem to constitute the grounds upon which this judgment was rendered. The court also admitted other incompetent evidence tending to contradict the contract existing between the defendant and the plaintiff's assignor. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

DEUEL v. GREENWOOD. (Supreme Court, Appellate Term. May 18, 1911.) Appeal from City Court of New York, Trial Term. Action by Walter B. Deuel against Julia M. Greenwood, as administratrix of the goods, chattels, and credits of Clark Greenwood, deceased. From a City Court judgment in favor of defendant, and from an order denying plaintiff's motion for a new trial, he appeals. Affirmed. Julius M. Lowenstein, for appellant. Crocker & Wickes, for respondent.

SEABURY, J. After a review of the whole case, we are satisfied that no other verdict than that which the jury rendered could be upheld. Under these circumstances, we think that the judgment should be affirmed, although in our opinion the charge of the learned trial judge was not free from error. In view of the conclusion at which we have arrived from a review of the whole case, we do not believe this error prejudicial. Judgment affirmed, with costs. All concur.

DODD v. DODD. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Adele S. Dodd against Frank N. Dodd. No opinion. Motion to dismiss appeal granted. Order filed.

DONLON et al., Respondents, v. DONLON, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Stephen J. Donlon and others against Stephen A. Donlon. No opinion. Motion for leave to appeal to the Court of Appeals denied. For former decision, see 128 N. Y. Supp. 1120.

DUELL et al. v. DILG. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Charles H. Duell and others against Christian F. Dilg. No opinion. Application denied, with $10 costs. Order signed.

DUFFY, Respondent, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Ellen Duffy, an infant, against the New York Contracting Company, Pennsylvania Terminal. J. C. Todd, for appellant. T. Gregory, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 128 N. Y. Supp. 1121.

DURRELL et al., Respondents, v. SCHOOL DIST. NO. 8 of TOWN OF SHERIDAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by John Durrell and another against School District No. 8 of the Town of Sheridan. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 128 N. Y. Supp. 1121.

DUTCHER et al., Respondents, v. BAKER, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Mortimer L. Dutcher and another against George W. Baker. No opinion. Judgment modified, by striking out the provision for extra allowance, and, as so modified, judgment and order affirmed, without costs.

EASTMAN KODAK CO. v. GENNERT et al. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by the Eastman Kodak Company against Maurice G. Gennert and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

ROBSON, J., dissents, and votes for a modification of the order, by striking out the provision restraining appellants from putting out, selling, etc., as kodak acid fixing powder, any acid fixing powder other than that put out and sold by the plaintiff, etc.

EASTMAN KODAK CO. v. GENNERT et al. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by the